**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave.,
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

**Attorneys for Plaintiff:**
Julio Cruz

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIO CRUZ,**<br><br>      Plaintiff,<br><br>   vs.<br><br>**POLLY PHUONG TRAN D/B/A HAPPY DAY SPA; TM-DEC ENTERPRISE, LLC; and DOES 1 to 10,**<br><br>      Defendants. | Case No.: 8:26-cv-00048-ADS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff JULIO CRUZ ("Plaintiff") and Defendants POLLY PHUONG TRAN D/B/A HAPPY DAY SPA and TM-DEC ENTERPRISE, LLC hereby stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

1

Accordingly, the Parties stipulate the above.

**IT IS SO STIPULATED**.

DATED: April 21, 2026              **SO. CAL. EQUAL ACCESS GROUP**

                                   By: *Jason J. Kim, Esq.*
                                        Jason J. Kim, Esq.
                                        Attorney for Plaintiff,
                                        **Julio Cruz**

DATED: April 21, 2026              **THE KARLIN LAW FIRM LLP**

                                   By:  /s/ *Dan T. Danet*
                                        Dan T. Danet, Esq.
                                        Attorney for Defendants,
                                        **Polly Phuong Tran D/B/A Happy Day
                                        Spa
                                        TM-Dec Enterprise, LLC**

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                   ___/s/ Jason J. Kim_____
                                        Jason J. Kim, Esq.
                                        Attorneys for Plaintiff