JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JULIO CRUZ,

        Plaintiff,

    vs.

POLLY PHUONG TRAN D/B/A HAPPY DAY SPA; TM-DEC ENTERPRISE, LLC; and DOES 1 to 10,

        Defendants.

**Case No.: 8:26-cv-00048-ADS**
Assigned to Hon. Autumn D. Spaeth

**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**

ORDER

-2-

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with Prejudice.

SO ORDERED.

DATED: <u>04/22/2026</u>          _____/s/ Autumn D. Spaeth_____
                              Autumn D. Spaeth,
                              United States Magistrate Judge

NOTICE OF VOLUNTARY DISMISSAL